UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 OCT 12 P 2: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BROADCAST MUSIC, INC.; FANTASY, INC. d/b/a JONDORA MUSIC; EVIL EYE MUSIC, INC.; MICHAEL BALZARY, JOHN ANTHONY FRUSCIANTE, ANTHONY KIEDIS and CHAD GAYLORD SMITH, a partnership d/b/a MOEBETOBLAME MUSIC; SPIRIT ONE MUSIC, A Division of SPIRIT MUSIC GROUP INC.; BOCEPHUS MUSIC, INC.; HOUSE OF CASH, INC.; EMI VIRGIN SONGS, INC.; ERIC ADAM AVERY d/b/a BUBBLY ORANGE STUFF MUSIC; PERRY FARRELL d/b/a I'LL HIT YOU BACK MUSIC; DAVID MICHAEL NAVARRO d/b/a EMBRYOTIC MUSIC; STEPHEN ANDREW PERKINS d/b/a SWIZZLESTICK MUSIC; RIO BRAVO MUSIC, INC.; NIGHT GARDEN MUSIC, A Division Of R.E.M./ATHENS, LTD.; UNIVERSAL-DUCHESS MUSIC CORPORATION; WARNER-TAMERLANE PUBLISHING CORP.; SONGS OF UNIVERSAL, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; JAMES W. BUFFETT, an individual d/b/a CORAL REEFER MUSIC; ENSIGN MUSIC LLC; UNICHAPPELL MUSIC INC.; JOHN FARARR d/b/a JOHN FARRAR MUSIC; RIVERS CUOMO, an individual d/b/a E.O. SMITH MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; ANTHONY L. RAY, an individual d/b/a MIX-A-LOT PUBLISHING; AZOFF ENTERTAINMENT, INC. and WARNER BROTHERS RECORDS, INC. a joint venture d/b/a BIG GIANT MUSIC; TODD PARK MOHR, an individual d/b/a PARK MOHR PUBLISHING COMPANY;<br><br>     Plaintiffs, | Civil Action No.:<br><br>3:07cv921-MHT<br><br>**COMPLAINT** |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| FOURTH QUARTER, INC. d/b/a SKYBAR | ) |
| CAFÉ, PATRICK J. GRIDER AND DANIEL | ) |
| GRIDER, each individually. | ) |
|  | ) |
| Defendants. | ) |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Defendant Fourth Quarter, Inc. is a corporation organized and existing under the laws of the state of Alabama, which operates, maintains and controls an establishment known as SkyBar

Café, located at 136 W. Magnolia Ave, Auburn, Alabama in this district (the "Establishment").

6. In connection with the operation of this business, Defendant Fourth Quarter, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

7. Defendant Fourth Quarter, Inc. has a direct financial interest in the Establishment.

8. Defendant Patrick J. Grider, 1416 Saugahatchee Road, Auburn, Alabama, is an officer of Defendant Fourth Quarter, Inc. with primary responsibility for the operation and management of that corporation and the Establishment.

9. Defendant Patrick J. Grider has the right and ability to supervise the activities of Fourth Quarter, Inc. and a direct financial interest in that corporation and the Establishment.

10. Defendant Daniel Grider, 1416 Saugahatchee Road, Auburn, Alabama, is an officer of Defendant Fourth Quarter, Inc. with responsibility for the operation and management of that corporation and the Establishment.

11. Defendant Daniel Grider has the right and ability to supervise the activities of Fourth Quarter, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

12. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 11.

13. Plaintiffs allege twenty (20) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

14. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the twenty (20) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the Establishment where the infringement occurred.

15. Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

16. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

17. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

18. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at the Establishment without a license

or permission to do so. Thus, Defendants have committed copyright infringement.

19. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) That Plaintiffs have such other and further relief as is just and equitable.

Dated: October 12, 2007

By: /s/ Gilbert E. Johnston
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:   (205) 458-9400
Facsimile:   (205) 458-9500

**PLAINTIFF WILL SERVE DEFENDANT BY PERSONAL SERVICE UPON RECEIPT OF A PROPERLY ISSUED SUMMONS AND COMPLAINT FROM THE CLERK OF COURT. PLAINTIFF WILL EXECUTE THE NECESSARY RETURN OF SERVICE FOR SUBMISSION TO THE COURT WITHIN 120 DAYS OF THE FILING OF THE COMPLAINT, PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE.**

W0619660.DOC

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Born On The Bayou |
| Line 3 | Writer(s) | John Fogerty |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/27/68   2/16/70 |
| Line 6 | Registration No(s). | Eu 91336   Ep 272080 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Boy Named Sue a/k/a A Boy Named Sue |
| Line 3 | Writer(s) | Shel Silverstein |
| Line 4 | Publisher Plaintiff(s) | Evil Eye Music, Inc. |
| Line 5 | Date(s) of Registration | 4/29/69   6/25/70 |
| Line 6 | Registration No(s). | Eu 112300   Ep 275018 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Californication |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary p/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/29/99 |
| Line 6 | Registration No(s). | PAu 2-357-353 |
| Line 7 | Date(s) of Infringement | 5/2/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Can't You See |
| Line 3 | Writer(s) | Toy Talmadge Caldwell |
| Line 4 | Publisher Plaintiff(s) | Spirit One Music, A Division of Spirit Music Group Inc. |
| Line 5 | Date(s) of Registration | 3/29/73    1/15/76 |
| Line 6 | Registration No(s). | Eu 396045    Ep 347698 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Family Tradition |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 2/8/79 |
| Line 6 | Registration No(s). | PA 32-171 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84    9/14/56 |
| Line 6 | Registration No(s). | RE 196-295    Ep 102326 |
| Line 7 | Date(s) of Infringement | 5/2/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Jane Says |
| Line 3 | Writer(s) | Perry Farrell; Eric Avery; David Navarro; Stephen Perkins; |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc.; Eric Adam Avery d/b/a Bubbly Orange Stuff Music; Perry Farrell d/b/a I'll Hit You Back Music; David Michael Navarro d/b/a Embryotic Music; Stephen Andrew Perkins d/b/a Swizzlestick Music |
| Line 5 | Date(s) of Registration | 11/17/88 |
| Line 6 | Registration No(s). | PA 410-734 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Miss Rodeo AKA Rodeo |
| Line 3 | Writer(s) | Larry Bastian |
| Line 4 | Publisher Plaintiff(s) | Rio Bravo Music, Inc. |
| Line 5 | Date(s) of Registration | 8/5/91 |
| Line 6 | Registration No(s). | PA 538-349 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Orange Crush |
| Line 3 | Writer(s) | William Thomas Berry; Peter Lawrence Buck; Michael Edward Mills; John Michael Stipe |
| Line 4 | Publisher Plaintiff(s) | Night Garden Music, A Division of R.E.M./Athens, Ltd. |
| Line 5 | Date(s) of Registration | 2/13/89 |
| Line 6 | Registration No(s). | PA 417-645 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Pirate Looks At Forty AKA A Pirate Looks At Forty |
| Line 3 | Writer(s) | Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | Universal - Duchess Music Corporation |
| Line 5 | Date(s) of Registration | 12/9/74   4/13/82   6/24/82 |
| Line 6 | Registration No(s). | Eu 541397   PA 134-807   PA 143-238 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | She Talks To Angels |
| Line 3 | Writer(s) | Chris Robinson; Rich Robinson |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 8/14/91 |
| Line 6 | Registration No(s). | PA 532-894 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Simple Man |
| Line 3 | Writer(s) | Gary Rossington; Ronnie Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 10/1/73    6/9/88 |
| Line 6 | Registration No(s). | Eu 448563    PA 373-493 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Son Of A Son Of A Sailor |
| Line 3 | Writer(s) | Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James W. Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 5/30/78    11/17/78 |
| Line 6 | Registration No(s). | PA 55-978   PA 23-428 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Soul To Squeeze |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary p/k/a Flea; John Fursciante; Chad Smith |
| Line 4 | Publisher Plaintiff(s) | Ensign Music LLC; Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 10/25/93 |
| Line 6 | Registration No(s). | PA 660-217 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 15 |
| Line 2 | Musical Composition | Whiskey Bent And Hell Bound |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 9/6/79 |
| Line 6 | Registration No(s). | PA 43-935 |
| Line 7 | Date(s) of Infringement | 5/2/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 16 |
| Line 2 | Musical Composition | You're The One That I Want |
| Line 3 | Writer(s) | John Farrar |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc.; John Farrar d/b/a John Farrar Music; Ensign Music LLC |
| Line 5 | Date(s) of Registration | 4/28/78 |
| Line 6 | Registration No(s). | PA 3-376 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 17 |
| Line 2 | Musical Composition | Say It Ain't So |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual d/b/a E. O. Smith Music |
| Line 5 | Date(s) of Registration | 3/20/96 |
| Line 6 | Registration No(s). | PA 787-865 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 18 |
| Line 2 | Musical Composition | Baby Got Back |
| Line 3 | Writer(s) | Anthony L. Ray |
| Line 4 | Publisher Plaintiff(s) | Universal -Songs of Polygram International, Inc; Anthony L. Ray, an individual d/b/a Mix-A-Lot Publishing |
| Line 5 | Date(s) of Registration | 11/16/92 |
| Line 6 | Registration No(s). | PA 594 005 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 19 |
| Line 2 | Musical Composition | Bittersweet a/k/a Bitter Sweet |
| Line 3 | Writer(s) | Todd Park Mohr |
| Line 4 | Publisher Plaintiff(s) | Azoff Entertainment, Inc. and Warner Brothers Records, Inc., a joint venture d/b/a Big Giant Music; Todd Park Mohr, an individual d/b/a Park Mohr Publishing Company |
| Line 5 | Date(s) of Registration | 8/6/93 |
| Line 6 | Registration No(s). | PA 629-008 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 20 |
| Line 2 | Musical Composition | Dani California |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 6/1/06 |
| Line 6 | Registration No(s). | PA 1-334-481 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000732
Cashier ID: kalandra
Transaction Date: 10/12/2007
Payer Name: JOHNSTON BARTON PROCTOR ET AL
------------------------------------
CIVIL FILING FEE
 For: JOHNSTON BARTON PROCTOR ET AL
 Case/Party: D-ALM-3-07-CV-000921-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 34097
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

BROADCAST MUSIC ET AL V. FOURTH
QUARTER INC. ET AL
```