Broadcast Music, Inc. et al v. Fourth Quarter, Inc. et al

Doc. 1 Att. 1

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Born On The Bayou |
| Line 3 | Writer(s) | John Fogerty |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/27/68  2/16/70 |
| Line 6 | Registration No(s). | Eu 91336  Ep 272080 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Boy Named Sue a/k/a A Boy Named Sue |
| Line 3 | Writer(s) | Shel Silverstein |
| Line 4 | Publisher Plaintiff(s) | Evil Eye Music, Inc. |
| Line 5 | Date(s) of Registration | 4/29/69  6/25/70 |
| Line 6 | Registration No(s). | Eu 112300  Ep 275018 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

Dockets.Justia.com

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Californication |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary p/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/29/99 |
| Line 6 | Registration No(s). | PAu 2-357-353 |
| Line 7 | Date(s) of Infringement | 5/2/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Can't You See |
| Line 3 | Writer(s) | Toy Talmadge Caldwell |
| Line 4 | Publisher Plaintiff(s) | Spirit One Music, A Division of Spirit Music Group Inc. |
| Line 5 | Date(s) of Registration | 3/29/73    1/15/76 |
| Line 6 | Registration No(s). | Eu 396045    Ep 347698 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Family Tradition |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 2/8/79 |
| Line 6 | Registration No(s). | PA 32-171 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84    9/14/56 |
| Line 6 | Registration No(s). | RE 196-295    Ep 102326 |
| Line 7 | Date(s) of Infringement | 5/2/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Jane Says |
| Line 3 | Writer(s) | Perry Farrell; Eric Avery; David Navarro; Stephen Perkins; |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc.; Eric Adam Avery d/b/a Bubbly Orange Stuff Music; Perry Farrell d/b/a I'll Hit You Back Music; David Michael Navarro d/b/a Embryotic Music; Stephen Andrew Perkins d/b/a Swizzlestick Music |
| Line 5 | Date(s) of Registration | 11/17/88 |
| Line 6 | Registration No(s). | PA 410-734 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Miss Rodeo AKA Rodeo |
| Line 3 | Writer(s) | Larry Bastian |
| Line 4 | Publisher Plaintiff(s) | Rio Bravo Music, Inc. |
| Line 5 | Date(s) of Registration | 8/5/91 |
| Line 6 | Registration No(s). | PA 538-349 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Orange Crush |
| Line 3 | Writer(s) | William Thomas Berry; Peter Lawrence Buck; Michael Edward Mills; John Michael Stipe |
| Line 4 | Publisher Plaintiff(s) | Night Garden Music, A Division of R.E.M./Athens, Ltd. |
| Line 5 | Date(s) of Registration | 2/13/89 |
| Line 6 | Registration No(s). | PA 417-645 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Pirate Looks At Forty AKA A Pirate Looks At Forty |
| Line 3 | Writer(s) | Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | Universal - Duchess Music Corporation |
| Line 5 | Date(s) of Registration | 12/9/74    4/13/82    6/24/82 |
| Line 6 | Registration No(s). | Eu 541397    PA 134-807    PA 143-238 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | She Talks To Angels |
| Line 3 | Writer(s) | Chris Robinson; Rich Robinson |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 8/14/91 |
| Line 6 | Registration No(s). | PA 532-894 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Simple Man |
| Line 3 | Writer(s) | Gary Rossington; Ronnie Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 10/1/73    6/9/88 |
| Line 6 | Registration No(s). | Eu 448563    PA 373-493 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Son Of A Son Of A Sailor |
| Line 3 | Writer(s) | Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James W. Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 5/30/78    11/17/78 |
| Line 6 | Registration No(s). | PA 55-978   PA 23-428 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Soul To Squeeze |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary p/k/a Flea; John Fursciante; Chad Smith |
| Line 4 | Publisher Plaintiff(s) | Ensign Music LLC; Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 10/25/93 |
| Line 6 | Registration No(s). | PA 660-217 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 15 |
| Line 2 | Musical Composition | Whiskey Bent And Hell Bound |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 9/6/79 |
| Line 6 | Registration No(s). | PA 43-935 |
| Line 7 | Date(s) of Infringement | 5/2/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 16 |
| Line 2 | Musical Composition | You're The One That I Want |
| Line 3 | Writer(s) | John Farrar |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc.; John Farrar d/b/a John Farrar Music; Ensign Music LLC |
| Line 5 | Date(s) of Registration | 4/28/78 |
| Line 6 | Registration No(s). | PA 3-376 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 17 |
| Line 2 | Musical Composition | Say It Ain't So |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual d/b/a E. O. Smith Music |
| Line 5 | Date(s) of Registration | 3/20/96 |
| Line 6 | Registration No(s). | PA 787-865 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 18 |
| Line 2 | Musical Composition | Baby Got Back |
| Line 3 | Writer(s) | Anthony L. Ray |
| Line 4 | Publisher Plaintiff(s) | Universal -Songs of Polygram International, Inc; Anthony L. Ray, an individual d/b/a Mix-A-Lot Publishing |
| Line 5 | Date(s) of Registration | 11/16/92 |
| Line 6 | Registration No(s). | PA 594 005 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 19 |
| Line 2 | Musical Composition | Bittersweet a/k/a Bitter Sweet |
| Line 3 | Writer(s) | Todd Park Mohr |
| Line 4 | Publisher Plaintiff(s) | Azoff Entertainment, Inc. and Warner Brothers Records, Inc., a joint venture d/b/a Big Giant Music; Todd Park Mohr, an individual d/b/a Park Mohr Publishing Company |
| Line 5 | Date(s) of Registration | 8/6/93 |
| Line 6 | Registration No(s). | PA 629-008 |
| Line 7 | Date(s) of Infringement | 5/1/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 20 |
| Line 2 | Musical Composition | Dani California |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 6/1/06 |
| Line 6 | Registration No(s). | PA 1-334-481 |
| Line 7 | Date(s) of Infringement | 4/30/07 |
| Line 8 | Place of Infringement | SkyBar Cafe |