Broadcast Music, Inc. et al v. Fourth Quarter, Inc. et al

Doc. 1 Att. 2

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000732
Cashier ID: kalandra
Transaction Date: 10/12/2007
Payer Name: JOHNSTON BARTON PROCTOR ET AL
-------------------------------------
CIVIL FILING FEE
 For: JOHNSTON BARTON PROCTOR ET AL
 Case/Party: D-ALM-3-07-CV-000921-001
 Amount:         $350.00
-------------------------------------
CHECK
 Check/Money Order Num: 34097
 Amt Tendered:  $350.00
-------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

BROADCAST MUSIC ET AL V. FOURTH
QUARTER INC. ET AL
```