AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/16/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Pamela H. Roy | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Delivery to Corporate Officer, Daniel Grider, at 1416 Saugahatchee Road Auburn, AL 35830

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/16/07
           Date

Signature of Server: Pamela H. Roy

Address of Server: 569 Brookwood Village Suite 901 Birmingham, AL 35209

RETURNED AND FILED

OCT 17 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Broadcast Music, Inc. et al

V.

Fourth Quarter, Inc. d/b/a SkyBar Café, Patrick J. Grider and Daniel Grider, individually.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 cv 921

TO: (Name and address of Defendant)

Fourth Quarter, Inc. d/b/a SkyBar Café
136 W. Magnolia Ave
Auburn, Alabama
36830-4714

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gilbert E. Johnston, Jr.
Johnston Barton Proctor & Rose LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              10/12/2007

CLERK                                            DATE

_[signature]_
(By) DEPUTY CLERK