UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC INC, ) <br> a corporation, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> FOURTH QUARTER INC d/b/a/ ) <br> SKY BAR CAFÉ, PATRICK J. GRIDER ) <br> AND DANIEL GRIDER EACH ) <br> INDIVIDUALLY ) <br> ) <br> Defendants. ) | Case No. 3:07CV921-MRT |

## MOTION TO DISMISS

COME NOW the Defendants, Fourth Quarter, Inc. d/b/a/ Skybar Café (hereinafter referred to as Skybar Café ), Patrick J. Grider, and Daniel Grider, by and through their undersigned attorney of record, and move this Honorable Court to dismiss and causes of action contained in paragraphs 13, 14, 18, and 19 alleged in Plaintiffs' Complaint, and as grounds therefore, states as follows:

1. On or about the 12th day of October, 2007, Plaintiff filed its Complaint in the United States District Court for the Middle District of Alabama against Skybar Café, Patrick J. Grider and Daniel Grider.

2. In said Complaint, Plaintiffs allege a cause of action against Skybar Café, Patrick J. Grider and Daniel Grider for twenty claims of copyright infringement.

3. Pursuant to Rule 12(b)(6), Fed. R. Civ. P., Plaintiff's cause of action for copyright infringement, is due to be dismissed for failure to state a claim upon which relief can be granted.

WHEREFORE, Skybar Café, Patrick J. Grider and Daniel Grider pray that this Honorable Court will dismiss the above said causes of action as set forth in Plaintiffs' complaint.

Respectfully submitted this the 31st day of October, 2007.

                                      WHITTELSEY, WHITTELSEY & POOLE, P.C.

/s/_____
BY:   DAVIS B. WHITTELSEY (WHI-067)
        Attorney for Defendant
        Post Office Box 106
        Opelika, Alabama  36803-0106
        Tel.:   (334) 745-7766
        Fax:   (334) 745-7666

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon the following individuals, by hand delivering a copy or by placing it in the United State mail, postage prepaid, at their correct addresses this the 5th day of October, 2005.

Gilbert E. Johnston
Johnston, Barton, Proctor, & Rose LLP
569 Brookwood Village Suite 901
Birmingham, Alabama 35209
Tel.:   (205) 458-9400
Fax:   (205) 9500

/s/_____
DAVIS B. WHITTELSEY