IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **BROADCAST MUSIC INC.;** | ) | |
| **et al.,** | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:07cv921-MHT |
| | ) | |
| **FOURTH QUARTER INC d/b/a** | ) | |
| **SKY BAR CAFÉ; et al.,** | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 6) is denied.

DONE, this the 5th day of November, 2007.

                                                          /s/ Myron H. Thompson  
                                         **UNITED STATES DISTRICT JUDGE**