<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

</div>

DEBRA P. HACKETT, CLERK                                                                     TELEPHONE (334) 954-3600

<div style="text-align:center">

November 5, 2007

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

</div>

**To:**     Gilbert E. Johnston, Jr.

**From:**   Clerk's Office

**Case Style:** Broadcast Music, Inc. Et al v. Fourth Quarter, Inc. Et al

**Case Number:**   3:07-cv-00921-MHT

**Docket Entry #**   1

Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.

<div style="text-align:center; color:red">**No corporate/conflict disclosure statement has been filed by you in this action.**</div>

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**