UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO.: |
| v. ) | 3:07-cv-00921-MHT-CSC |
| ) | |
| FOURTH QUARTER, INC. d/b/a SKYBAR ) | |
| CAFÉ, PATRICK J. GRIDER AND DANIEL ) | |
| GRIDER, each individually. ) | |
| ) | |
| Defendants. ) | |

RECEIVED
2007 NOV 15 A 10: 00
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Plaintiffs, Broadcast Music, Inc., et al., move this Court pursuant to Local Rule 83.1(b) to enter an Order admitting to practice Mark V. Lindsay as *pro hac vice* counsel for the Plaintiffs. In support, the Plaintiffs state the following:

1. Mark V. Lindsay is an attorney at the law firm of Johnston Barton Proctor & Rose LLP located at Colonial Brookwood Center, 569 Brookwood Village, Suite 901, Birmingham, Alabama 35209. Mr. Lindsay possesses knowledge regarding relevant issues in the captioned case and is important to the Plaintiffs' representation.

2. Mr. Lindsay is admitted to practice before the United States District Court for the Northern District of Georgia. Pursuant to Local Rule 83.1(b), enclosed with this Motion for Admission to Practice Pro Hac Vice is a Certificate of Good Standing from the United States District Court for the Northern District of Georgia.

3. Mr. Lindsay is a member in good standing of the State Bar of Georgia.

WHEREFORE, Plaintiffs respectfully move this Court to admit Mark V. Lindsay as *pro hac vice* counsel to the Plaintiffs in the above captioned case.

Dated: November 14, 2007

By: _____
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL  35209
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500

## CERTIFICATE OF SERVICE

    I certify that a copy of the preceding Motion for Admission to Practice Pro Hac Vice was served on counsel to the Defendants on November 14, 2007 to the following address by regular certified mail:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: /s/ Gilbert E. Johnston, Jr.
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

W0621208.DOC

3



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that Mark Victor Lindsay, State Bar No. 453017,** was duly admitted to practice in said Court on May 17, 2004, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 30th day of October, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001188
Cashier ID: khaynes
Transaction Date: 11/15/2007
Payer Name: JOHNSTON BARTON PROCTOR ROSE
--------------------------------------
PRO HOC VICE
 For: MARK V. LINDSAY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
--------------------------------------
CHECK
 Check/Money Order Num: 123115
 Amt Tendered:  $20.00
--------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

3:07-cv-000921-MHT


Broadcast Music, Inc. et al V.
Fourth Quarter et al
```