UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CASE NO.: |
| v. | ) 3:07-cv-00921-MHT-CSC |
| | ) |
| FOURTH QUARTER, INC. d/b/a SKYBAR | ) |
| CAFÉ, PATRICK J. GRIDER AND DANIEL | ) |
| GRIDER, each individually. | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF
## AZOFF ENTERTAINMENT, INC. AND WARNER BROTHERS RECORDS, INC.
## A JOINT VENTURE d/b/a BIG GIANT MUSIC

Plaintiff Big Giant Music, a joint venture between Azoff Entertainment, Inc. ("Azoff") and Warner Brothers Records, Inc. d/b/a Big Giant Music, files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, and similar entities:

1.  Azoff is a corporation and does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. Azoff has no other reportable relationships.

2.  Warner Brothers Records, Inc. is a corporation, and Warner Music Group is its parent corporation. Warner Music Group is a publicly held corporation and owns 10% or more of its stock. Warner Brothers Records, Inc. is affiliated with Blacksmith Records, Brute-Beaute Records, Festival Mushroom Records, Heiress Records, Jack Records, JKiss Records, Machine Shop Recordings, Malpaso Records, Maverick Records, Nonesuch Records, PBS Records,

Playmaker Music, RFC Records, Record Collection, Reprise Records, RuffNation Records, Sire Records, SoBe Records, Teleprompt Records, and Word Records. Warner Brothers Records, Inc. has no other reportable relationships.

Dated: November 16, 2007

By: /s/ Gilbert E. Johnston
Gilbert E. Johnston, Jr. (JOH073)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:   (205) 458-9400
Facsimile:   (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: /s/ Gilbert E. Johnston
Gilbert E. Johnston, Jr. (JOH025)
Attorney for Plaintiffs