UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

BROADCAST MUSIC, INC., et al.,

2007 NOV 16  P 12: 53

                Plaintiffs,

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

                v.

CASE NO.:
3:07-cv-00921-MHT-CSC

FOURTH QUARTER, INC. d/b/a SKYBAR
CAFÉ, PATRICK J. GRIDER AND DANIEL
GRIDER, each individually.

                Defendants.

) ) ) ) ) ) ) ) ) ) ) )

## CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF EMI VIRGIN SONGS, INC.

Plaintiff EMI Virgin Songs, Inc. ("EMI") files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, and similar entities:

1.     Plaintiff EMI is a corporation, and EMI Group PLC is its parent corporation. EMI Group PLC is a publicly held corporation and owns 10% or more of its stock. EMI has no other reportable relationships.

Dated: November 16, 2007

By:    _Gilbert E. Johnston_ (signature)

Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:      (205) 458-9400
Facsimile:      (205) 458-9500

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: _____
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

3