UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO.: |
| v. ) | 3:07-cv-00921-MHT-CSC |
| ) | |
| FOURTH QUARTER, INC. d/b/a SKYBAR ) | |
| CAFÉ, PATRICK J. GRIDER AND DANIEL ) | |
| GRIDER, each individually. ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF BROADCAST MUSIC, INC.

Plaintiff Broadcast Music, Inc. ("BMI") files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, and similar entities reportable:

1. Plaintiff BMI is a corporation and does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. Pacific & Southern Company, Inc. is not a publicly held corporation and owns 10% or more of BMI. Pacific & Southern Company, Inc. is owned by Gannet Co. BMI has no other reportable relationships.

Dated: November 16, 2007

By: *(signature)*
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiff

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: /s/ Gilbert E. Johnston
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs