UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BROADCAST MUSIC, INC., et al.,

      Plaintiffs,

v.

FOURTH QUARTER, INC. d/b/a SKYBAR
CAFÉ, PATRICK J. GRIDER AND DANIEL
GRIDER, each individually.

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.:
3:07-cv-00921-MHT-CSC

**CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF
ERIC ADAM AVERY d/b/a BUBBLY ORANGE STUFF MUSIC**

Plaintiff Eric Adam Avery d/b/a Bubbly Orange Stuff Music ("Bubbly Orange") files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, and similar entities:

1.      Plaintiff Bubbly Orange is an individual and does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. Bubbly Orange has no other reportable relationships.

Dated: November 16, 2007

By: _Gilbert E. Johnston, Jr._

Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL  35209
Telephone:     (205) 458-9400
Facsimile:     (205) 458-9500

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: _Gilbert E. Johnston_

Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

3