UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BROADCAST MUSIC, INC., et al., )
)
    Plaintiffs, )
) CASE NO.:
v. ) 3:07-cv-00921-MHT-CSC
)
FOURTH QUARTER, INC. d/b/a SKYBAR )
CAFÉ, PATRICK J. GRIDER AND DANIEL )
GRIDER, each individually. )
)
    Defendants. )

### CONFLICT DISCLOSURE STATEMENT OF PLAINTIFFS MICHAEL BALZARY, JOHN ANTHONY FRUSCIANTE, ANTHONY KIEDIES AND CHAD GAYLORD SMITH d/b/a MOEBETOBLAME MUSIC

Plaintiffs Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith d/b/a Moebetoblame Music ("Moebetoblame") file this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, and similar entities:

1.    Plaintiffs Moebetoblame are individuals and do not have a parent corporation and no publicly held corporation owns 10% or more of Moebetoblame. Moebetoblame has no other reportable relationships.

`<!-- -->`
Dated: November 16, 2007

By: /s/ Gilbert E. Johnston, Jr.
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

Dated: November 16, 2007

By: /s/ Gilbert E. Johnston, Jr.
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: /s/ Gilbert E. Johnston, Jr.
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs