UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BROADCAST MUSIC, INC., et al.,  )
                                 )
        Plaintiffs,              )
                                 )   CASE NO.:
   v.                            )   3:07-cv-00921-MHT-CSC
                                 )
FOURTH QUARTER, INC. d/b/a SKYBAR)
CAFÉ, PATRICK J. GRIDER AND DANIEL)
GRIDER, each individually.       )
                                 )
        Defendants.              )

### CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF
### STEPHEN ANDREW PERKINS d/b/a SWIZZLESTICK MUSIC

Plaintiff Stephen Andrew Perkins d/b/a Swizzlestick Music ("Swizzlestick Music") files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, and similar entities:

1.  Plaintiff Swizzlestick Music is an individual and does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. Swizzlestick Music has no other reportable relationships.

Dated: November 16, 2007

By: *[signature]*
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: /s/ Gilbert E. Johnston, Jr.
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

3