UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

BROADCAST MUSIC, INC., et al.,                )
                                              )  2007 NOV 16  P 12: 54
            Plaintiffs,                        )
                                              )  DEBRA P. HACKETT, CLK  CASE NO.:
      v.                                       )  U.S. DISTRICT COURT
                                              )  MIDDLE DISTRICT ALA.   3:07-cv-00921-MHT-CSC
                                              )
FOURTH QUARTER, INC. d/b/a SKYBAR              )
CAFÉ, PATRICK J. GRIDER AND DANIEL             )
GRIDER, each individually.                     )
                                              )
            Defendants.                        )

CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF
RIO BRAVO MUSIC, INC.

Plaintiff Rio Bravo Music, Inc. ("Rio Bravo") files this Conflict Disclosure Statement

pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and

states the following disclosures regarding parent companies, subsidiaries, partners, limited liability

entity members and managers, trustees, affiliates, and similar entities:

1.      Plaintiff Rio Bravo is a corporation and does not have a parent corporation and no

publicly held corporation owns 10% or more of its stock.  Rio Bravo has no other reportable

relationships.

Dated: November 16, 2007

By: _____
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL  35209
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: _____
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

3