UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO.: |
| v. | ) | 3:07-cv-00921-MHT-CSC |
| | ) | |
| FOURTH QUARTER, INC. d/b/a SKYBAR | ) | |
| CAFÉ, PATRICK J. GRIDER AND DANIEL | ) | |
| GRIDER, each individually. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF
## JAMES W. BUFFETT, AN INDIVIDUAL d/b/a CORAL REEFER MUSIC

Plaintiff James W. Buffett, an individual d/b/a/ Coral Reefer Music ("Coral Reefer Music"), files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, and similar entities:

1.    Plaintiff Coral Reefer Music is an individual and does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. Coral Reefer Music has no other reportable relationships.

Dated: November 16, 2007

By: _~Gilbert E. Johnston Jr.~_

Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL  35209
Telephone:     (205) 458-9400
Facsimile:     (205) 458-9500

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: _____
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

3