UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FOURTH QUARTER, INC. d/b/a SKYBAR )<br>CAFÉ, PATRICK J. GRIDER AND DANIEL )<br>GRIDER, each individually. )<br>)<br>Defendants. ) | CASE NO.:<br>3:07-cv-00921-MHT-CSC |

### CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF
### TODD PARK MOHR, AN INDIVIDUAL
### d/b/a PARK MOHR PUBLISHING COMPANY

Plaintiff Todd Park Mohr, an individual d/b/a Park Mohr Publishing Company ("Park Mohr"), files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, and similar entities:

1. Plaintiff Park Mohr is an individual and does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. Park Mohr has no other reportable relationships.

Dated: November 16, 2007

By: *Gilbert E. Johnston* 
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:    (205) 458-9400
Facsimile:     (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2007, served the above and foregoing Conflict Disclosure Statement by placing a copy of the same in the United States mail, properly addressed and postage prepaid, to the following:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

By: /s/ Gilbert E. Johnston
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs