IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BROADCAST MUSIC INC.;        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      3:07cv921-MHT
                             )
FOURTH QUARTER INC d/b/a     )
SKY BAR CAFÉ; et al.,        )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 12) is granted.

DONE, this the 19th day of November, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE