UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC INC, ) <br> a corporation, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> FOURTH QUARTER INC d/b/a/ ) <br> SKY BAR CAFÉ, PATRICK J. GRIDER ) <br> AND DANIEL GRIDER EACH ) <br> INDIVIDUALLY ) <br> ) <br> Defendants. ) | Case No. 3:07CV921-MRT |

## MOTION TO CONTINUE DEADLINE FOR FILING RULE 26 (F) REPORT

COME NOW the Defendants, Fourth Quarter, Inc. d/b/a/ Skybar Café (hereinafter referred to as Skybar Café ), Patrick J. Grider, and Daniel Grider, by and through their undersigned attorney of record, and move this Honorable Court to continue deadline for filing Rule 26 (f) Report and as grounds therefore, states as follows:

1. Defendants are in the process of associating new counsel, with expertise in copyright law, for this cause of action.

2. Plaintiffs do not oppose a continuance for the deadline for filing Rule 26(f) Report in the above referenced matter.

WHEREFORE, Skybar Café, Patrick J. Grider and Daniel Grider pray that this Honorable Court will continue the deadline for filing Rule 26(f) Report in the above said cause of action.

Respectfully submitted this the 19TH day of November, 2007.

        WHITTELSEY, WHITTELSEY & POOLE, P.C.

/s/: Davis B. Whittelsey_____
BY:   DAVIS B. WHITTELSEY (WHI-067)
       Attorney for Defendant
       Post Office Box 106
       Opelika, Alabama  36803-0106
       Tel.:   (334) 745-7766
       Fax:   (334) 745-7666

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing document upon the following individuals, by hand delivering a copy or by placing it in the United State mail, postage prepaid, at their correct addresses this the 19TH day of November, 2007..

Gilbert E. Johnston
Johnston, Barton, Proctor, & Rose LLP
569 Brookwood Village Suite 901
Birmingham, Alabama 35209
Tel.:   (205) 458-9400
Fax:   (205) 9500

        /s/: Davis B. Whittelsey_____
        DAVIS B. WHITTELSEY