IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC INC.; et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:07cv921-MHT |
| FOURTH QUARTER INC d/b/a SKY BAR CAFÉ; et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to continue deadline (Doc. No. 41) is granted.

(2) The parties are allowed until December 17, 2007, to file their Rule 26(f) report.

DONE, this the 27th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE