UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO.: |
| v. ) | 3:07-cv-00921-MHT-CSC |
| ) | |
| FOURTH QUARTER, INC. d/b/a SKYBAR ) | |
| CAFÉ, PATRICK J. GRIDER AND DANIEL ) | |
| GRIDER, each individually. ) | |
| ) | |
| Defendants. ) | |

**APPLICATION TO THE CLERK FOR ENTRY OF DEFAULT
AND SUPPORTING AFFIDAVIT**

The Plaintiffs (collectively, "BMI"), by and through their attorneys, request the Clerk of the Court to enter judgment by default against the defendants, Fourth Quarter, Inc. d/b/a SkyBar Café, Patrick Grider, and Daniel Grider, individually ("Defendants"), and in support thereof, state the following:

1. The Complaint herein was filed on October 12, 2007.

2. The Court's records indicate that the Defendants were served on October 16, 2007 by personal service.

3. On November 5, 2007, the Court denied the Defendants' motion to dismiss.

4. More than 10 days have passed and the Defendants have failed to answer or otherwise respond to the Complaint, as indicated on the records of this Court.

5. The Defendants are not infants or incompetent persons.

WHEREFORE, BMI respectfully requests that default be entered based upon the Affidavit of Gilbert E. Johnston, Jr., attached hereto. BMI further requests that it be granted

leave to prove damages, costs, and attorneys' fees pursuant to Rule 55 (b)(2) of the Federal Rules of Civil Procedure.

/s/ Gilbert E. Johnston, Jr.
Gilbert E. Johnston, Jr. (JOH023)
Attorney for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:   (205) 458-9400
Facsimile:    (205) 458-9500

OF COUNSEL

### CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Application to Clerk for Entry of Default has been served on the following counsel of record, by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed:

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
600 Avenue A
Post Office 106
Opelike, Alabama 36803-0106

On this, the 5th day of December, 2007.

/s/ Gilbert E. Johnston, Jr.
Of Counsel

2

## **CERTIFICATION**

I certify that the original affidavit of Gilbert E. Johnston, Jr. is being maintained by the filer as set forth in the administrative procedures for filing, signing, and verifying pleadings and documents in the United States District Court for the Middle District of Alabama.

/s/ Gilbert E. Johnston, Jr.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO.: |
| v. ) | 3:07-cv-00921-MHT-CSC |
| ) | |
| FOURTH QUARTER, INC. d/b/a SKYBAR ) | |
| CAFÉ, PATRICK J. GRIDER AND DANIEL ) | |
| GRIDER, each individually. ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF GILBERT E. JOHNSTON, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ENTRY OF DEFAULT**

STATE OF ALABAMA        )

COUNTY OF JEFFERSON     )

Before me, the undersigned authority, personally appeared Gilbert E. Johnston, Jr., who, being duly sworn, deposes and says as follows:

1. My name is Gilbert E. Johnston, Jr. I am one of the attorneys of record for the plaintiffs (collectively, "BMI") in this civil action, and I have personal knowledge of the facts set forth in this Affidavit.

2. BMI's Application for Default is being filed simultaneously herewith in the United States District Court for the Middle District of Alabama, Eastern Division, against Fourth Quarter, Inc. d/b/a SkyBar Café, Patrick Grider, and Daniel Grider ("Defendants") for their failure to answer or otherwise defend as to BMI's Complaint, or serve a copy of any answer or other defense that they might have upon BMI's attorneys of record.

W0626118.DOC

3. The Defendants were duly served with copies of the Complaint and Summons on October 16, 2007, by personal service.

4. On November 5, 2007, the Court denied the Defendants' motion to dismiss.

5. More than 10 days have passed and the Defendants have failed to answer or otherwise defend the Complaint, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

6. The Defendants are not infants or incompetent persons.

7. BMI is entitled to statutory damages of between not less than $750 and not more than $30,000 per claim of infringement pursuant to 17 U.S.C. Section 504(c).

8. BMI is also entitled to costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. Section 505.

9. This Affidavit is executed by affiant herein in accordance with Rule 55 of the Federal Rules of Civil Procedure, for the purpose of enabling BMI to obtain an entry of default against the Defendants for failure to answer or otherwise defend.

_____
Gilbert E. Johnston, Jr.

Sworn to and subscribed before me
this the 5th day of December, 2007

_____
Notary Public
My Commission expires: 7/9/2011

W0626118.DOC