IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC INC.; et al., ) ) ) Plaintiffs, ) ) v. ) ) FOURTH QUARTER INC d/b/a ) SKY BAR CAFÉ; et al., ) ) Defendants. ) | CIVIL ACTION NO. 3:07cv921-MHT |

ORDER

It is ORDERED that the motion and objection to strike (Doc. No. 46) are set for submission, without oral argument, on December 17, 2007, with all briefs due by said date.

DONE, this the 11th day of December, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE