IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

BROADCAST MUSIC INC.; )
et al., )
 )
    Plaintiffs, )
 )  CIVIL ACTION NO.
    v. )   3:07cv921-MHT
 )
FOURTH QUARTER INC d/b/a )
SKY BAR CAFÉ; et al., )
 )
    Defendants. )

ORDER

After a review of the record, it is ORDERED as follows:

(1) The application for entry of default (Doc. No. 44) is denied.

(2) The motion to strike (Doc. No. 46) is denied as moot.

(3) The objection (Doc. No. 46) is overruled as moot.

DONE, this the 18th day of December, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE