IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC INC, a corporation, et al. | ) ) ) |
| Plaintiffs, | ) Case No. 3:07CV921-MRT |
| v. | ) ) ) ) |
| FOURTH QUARTER INC d/b/a/ SKY BAR CAFÉ, PATRICK J. GRIDER AND DANIEL GRIDER EACH INDIVIDUALLY | ) ) ) ) ) |
| Defendants. | ) |

### CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF THE FOURTH QUARTER, INC., AN ALABAMA CORPORATION d/b/a THE SKYBAR CAFÉ

COMES NOW, The Fourth Quarter, Inc., an Alabama Corporation d/b/a The Skybar Café (Skybar), a Defendant in the above captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, trustees, affiliates, and similar entities reportable under provisions of the Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047:

    1.    Defendant The Fourth Quarter, Inc. is an Alabama corporation and does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. The Fourth Quarter, Inc. has no other reportable relationships.

Respectfully submitted the 11th day of January, 2008.

                                              WHITTELSEY, WHITTELSEY & POOLE, P.C.

                              _____s/Davis B. Whittelsey
BY:    DAVIS B. WHITTELSEY (WHI067)
        W. DAVID DAWSON (DAW013)
        Attorneys for Defendants:
        Fourth Quarter Inc.,
        Patrick J. Grider, and
        Daniel Grider
        Post Office Box 106
        Opelika, Alabama 36803-0106
        Tel.:   (334) 745-7766
        Fax:   (334) 745-7666
        E-mail: dwhittelsey@wwp-law.com
        E-mail: ddawson@wwp-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon the following individuals, by hand delivering a copy or by placing it in the United State mail, postage prepaid, at their correct addresses this the 11th day of January, 2008.

Gilbert E. Johnston
Johnston, Barton, Proctor, & Rose LLP
569 Brookwood Village Suite 901
Birmingham, Alabama 35209
Tel.:   (205) 458-9400
Fax:   (205) 9500

                                               _____s/Davis B. Whittelsey
                                             DAVIS B. WHITTELSEY