IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC INC, a corporation, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:07CV921-MRT |
| v. | ) ) ) ) | |
| FOURTH QUARTER INC d/b/a/ SKY BAR CAFÉ, PATRICK J. GRIDER AND DANIEL GRIDER EACH INDIVIDUALLY | ) ) ) ) ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT
OF DEFENDANT PATRICK J. GRIDER**

COMES NOW Patrick J. Grider, a Defendant in the above captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, trustees, affiliates, and similar entities reportable under provisions of the Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047:

1.  This party is an individual.

Respectfully submitted the 11th day of January, 2008.

                        WHITTELSEY, WHITTELSEY & POOLE, P.C.

                        _____s/Davis B. Whittelsey
         BY:   DAVIS B. WHITTELSEY (WHI067)
                 W. DAVID DAWSON(DAW013)
                 Attorneys for Defendants:
                 Fourth Quarter Inc.,
                 Patrick J. Grider, and
                 Daniel Grider
                 Post Office Box 106
                 Opelika, Alabama 36803-0106
                 Tel.:   (334) 745-7766
                 Fax:   (334) 745-7666
                 E-mail: dwhittelsey@wwp-law.com
                 E-mail: ddawson@wwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following individuals, by hand delivering a copy or by placing it in the United State mail, postage prepaid, at their correct addresses this the 11th day of January, 2008.

Gilbert E. Johnston
Johnston, Barton, Proctor, & Rose LLP
569 Brookwood Village Suite 901
Birmingham, Alabama 35209
Tel.:   (205) 458-9400
Fax:   (205) 9500

                        _____s/Davis B. Whittelsey
                        DAVIS B. WHITTELSEY