IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO.: |
| v. ) | 3:07-cv-00921-MHT |
| ) | |
| FOURTH QUARTER, INC. d/b/a SKYBAR ) | |
| CAFÉ, PATRICK J. GRIDER AND DANIEL ) | |
| GRIDER, each individually. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR CONSENT JUDGMENT

It is hereby stipulated and agreed by and between the plaintiffs and the defendants that the attached form of consent judgment truly reflects the terms of a settlement agreement effected between the parties, and the Court is hereby requested to enter said judgment. Defendants also agree that the plaintiffs may record a certificate of judgment.

_____
Gilbert E. Johnston, Jr. (JOH023)
Mark V. Lindsay
Attorneys for the Plaintiffs

_____
Davis B. Whittelsey
David Dawson
Attorneys for the Defendants

**JOHNSTON BARTON
PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500

   OF COUNSEL

**WHITTELSEY, WHITTELSEY
& POOLE, P.C.**
600 Avenue A, Post Office 106
Opelika, Alabama 36803-0106
Telephone:    (334) 745-7766
Facsimile:    (334) 7457666

   OF COUNSEL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC INC, a corporation, et al. ) ) ) | |
| Plaintiffs, ) | Case No. 3:07CV921-MRT |
| ) ) | |
| v. ) ) | |
| FOURTH QUARTER INC d/b/a/ SKY BAR CAFÉ, PATRICK J. GRIDER AND DANIEL GRIDER EACH INDIVIDUALLY ) ) ) ) ) | |
| Defendants. ) | |

## **CONSENT JUDGMENT**

It is ORDERED, ADJUDGED and DECREED, that the plaintiffs recover of the defendants the sum of Sixty thousand Dollars ($60,000), provided that defendants may satisfy this judgment in full by the payment to the plaintiffs of Thirty-Five Thousand Dollars ($35,000) in 24 payments as follows: $1458.33 on March 20, 2008, and a like sum on the like date of each month thereafter until and including January 20, 2010, and a final payment of $1458.41 on February 20, 2010; and provided further that, so long as defendants shall make such payments within 30 days of being due, no action may be taken to execute this judgment. If defendants fail to make any of such payments within 30 days of being due, however, this judgment for $60,000.00 is to have full force and effect and plaintiffs may execute this judgment for the full amount the due together with the court costs of such execution.

1

2

It is further ORDERED that each party shall bear his or his own costs.

Done this ____ day of April, 2008.

_____
United States District Judge

2